JOHN V. SCANNELL, an Infant, etc., Respondent, v. FRANK HOPPE, Appellant. — Judgment reversed and new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the

sum of $643.37; in which event the judgment as so modified is affirmed, without costs of this appeal. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.